PAULA TRIPP VICTOR (Bar No. 113050)
  ptv@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant/Counterclaimant
ARMED FORCES INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST AND OKHOO HANES,<br><br>            Plaintiffs,<br><br>vs.<br><br>ARMED FORCES INSURANCE EXCHANGE,<br><br>            Defendant. | Case No. 3:12-cv-05410-SI<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Date:   December 19, 2013<br><br>Time:   3:00 p.m. |
| ARMED FORCES INSURANCE EXCHANGE,<br><br>            Counterclaimant,<br><br>vs.<br><br>ERNEST HANES and OKHOO HANES,<br><br>            Counterdefendants. | |

The parties, through their counsel of record, stipulate that the case management conference set for January 17, 2013 shall be reset to Thursday, December 19, 2013 at 3:00 p.m. with counsel for Armed Forces Insurance Exchange appearing by telephone.

**IT IS SO STIPULATED.**

---

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER RE SCHEDULING

1 | DATED: November 22, 2013

KIEVE LAW OFFICES

By: /S/
    Loren Kieve
Attorneys for Plaintiffs/Counterdefendants ERNEST and OKHOO HANES

5 | DATED: November 22, 2013

ANDERSON, McPHARLIN & CONNERS LLP

By: /S/ [signature]
    Paula Tripp Victor
Attorneys for Defendant/Counterclaimant ARMED FORCES INSURANCE EXCHANGE

**IT IS SO ORDERED.**

DATED: 11/25 2013.

[signature: Susan Illston]
SUSAN B. ILLSTON
UNITED STATES DISTRICT JUDGE