1 | PAULA TRIPP VICTOR (Bar No. 113050)
    ptv@amclaw.com
2 | ANDERSON, McPHARLIN & CONNERS LLP
    444 South Flower Street
3 | Thirty-First Floor
    Los Angeles, California 90071-2901
4 | TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

5 | Attorneys for Defendant/Counterclaimant
    ARMED FORCES INSURANCE EXCHANGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ERNEST AND OKHOO HANES, | Case No. 3:12-cv-05410-SI |
|---|---|
| Plaintiffs, | **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ARMED FORCES INSURANCE EXCHANGE, | Date: December 19, 2013 |
| Defendant. | Time: 3:00 p.m. |
| ARMED FORCES INSURANCE EXCHANGE, | |
| Counterclaimant, | |
| vs. | |
| ERNEST HANES and OKHOO HANES, | |
| Counterdefendants. | |

The parties, through their counsel of record, stipulate that the case management conference set for January 17, 2013 shall be reset to Thursday, December 19, 2013 at 3:00 p.m. with counsel for Armed Forces Insurance Exchange appearing by telephone.

**IT IS SO STIPULATED.**

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER RE SCHEDULING

DATED: November 22, 2013

KIEVE LAW OFFICES

By: /S/
    Loren Kieve
Attorneys for Plaintiffs/Counterdefendants ERNEST and OKHOO HANES

DATED: November 22, 2013

ANDERSON, McPHARLIN & CONNERS LLP

By: /S/ [signature]
    Paula Tripp Victor
Attorneys for Defendant/Counterclaimant ARMED FORCES INSURANCE EXCHANGE

**IT IS SO ORDERED.**

DATED: 11/25 2013.

[signature]
SUSAN B. ILLSTON
UNITED STATES DISTRICT JUDGE