| | |
|---|---|
| 1 | PAULA TRIPP VICTOR (Bar No. 113050)<br>  ptv@amclaw.com |
| 2 | ANDERSON, McPHARLIN & CONNERS LLP<br>444 South Flower Street |
| 3 | Thirty-First Floor<br>Los Angeles, California  90071-2901 |
| 4 | TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594 |
| 5 | Attorneys for Defendant/Counterclaimant<br>ARMED FORCES INSURANCE EXCHANGE |



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST AND OKHOO HANES,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARMED FORCES INSURANCE EXCHANGE,<br><br>  Defendant. | Case No. 3:12-cv-05410-SI (NJV)<br><br>**STIPULATED SCHEDULING ORDER** |
| ARMED FORCES INSURANCE EXCHANGE,<br><br>  Counterclaimant,<br><br>vs.<br><br>ERNEST HANES and OKHOO HANES,<br><br>  Counterdefendants. | |

The Court, having reviewed the pleadings, the Joint Case Management Statement submitted by the parties on December 12, 2013, and having conducted a Case Management Conference on December 19, 2013, now orders as follows:

1. All discovery on the remaining issue in this case relating to the damages claimed by Armed Forces Insurance Exchange ("AFI") on its counterclaim, shall be completed by March 14, 2014. Discovery motions must be filed and heard prior to this date.

2. The pre-trial conference date is April 15, 2014.

3. The trial date is set for May 19, 2014. Plaintiffs Ernest and Okhoo Hanes estimate that trial will take two days; defendant Armed Forces Insurance Exchange estimates that trial will take three days.

DATED: 1/15/14

_____
Judge of the United States District Court

**IT IS SO STIPULATED.**

DATED: January 15, 2014         KIEVE LAW OFFICES

                                By: /s/ Loren Kieve
                                    Loren Kieve
                                Attorneys for Plaintiffs ERNEST and OKHOO
                                HANES

DATED: January 15, 2014         ANDERSON, McPHARLIN & CONNERS LLP

                                By: /s/ Paula Tripp Victor
                                    Paula Tripp Victor
                                Attorneys for Defendant/Counterclaimant ARMED
                                FORCES INSURANCE EXCHANGE

**ATTESTATION OF CONCURRENCE**

I, Paula Tripp Victor, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Loren Kieve.

DATED: January 15, 2014         /s/ Paula Tripp Victor
                                Paula Tripp Victor