1  PAULA TRIPP VICTOR (Bar No. 113050)
     ptv@amclaw.com
2  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
3  Thirty-First Floor
   Los Angeles, California  90071-2901
4  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

5  Attorneys for Defendant/Counterclaimant
   ARMED FORCES INSURANCE EXCHANGE

6

7

8              UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| 11 ERNEST AND OKHOO HANES, | Case No. 3:12-cv-05410-SI (NJV) |
|---|---|
| 12       Plaintiffs, | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE |
| 13   vs. | *(Stipulation to Continue Trial Date filed concurrently herewith)* |
| 14 ARMED FORCES INSURANCE EXCHANGE, | |
| 15       Defendant. | Trial:      May 19, 2014 |
| 16 | |
| 17 ARMED FORCES INSURANCE EXCHANGE, | |
| 18       Counterclaimant, | |
| 19   vs. | |
| 20 ERNEST HANES and OKHOO HANES, | |
| 21       Counterdefendants. | |
| 22 | |

23       The Court, having reviewed the Stipulation to Continue Trial submitted by the parties,

24  hereby orders as follows:

25  ///

26  ///

27  ///

28  ///

1153870.1 05573-037

3:12-cv-05410-SI (NJV)

[PROPOSED] ORDER CONTINUING TRIAL DATE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1.     The trial in this matter is hereby set for May 12, 2014.  Plaintiffs estimate that trial will take two days; defendant estimates that trial will take three days.

2.     All other dates previously set by the Court (Document 51) remain the same.

DATED:    1/27/14

Hon. Susan Illston
Judge of the United States District Court

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1153870.1 05573-037

2

3:12-cv-05410-SI (NJV)

[PROPOSED] ORDER CONTINUING TRIAL DATE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1

## PROOF OF SERVICE

2   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3       I am employed in the County of Los Angeles, State of California.  I am over the age of
    eighteen years and not a party to the within action; my business address is 444 South Flower
4   Street, Thirty-First Floor, Los Angeles, California 90071-2901.

5       On January 27, 2014, I served the following document(s) described as **[PROPOSED]**
    **ORDER CONTINUING TRIAL DATE** on the interested parties as follows:

6
          Loren Kieve, Esq.                                    Attorneys for Plaintiffs
7         Kieve Law Offices                                    Ernest and Okhoo Hanes
          5A Funston Avenue
8         San Francisco, CA  94129-1110
          Telephone: (415) 364-0060
9         Facsimile: (415) 304-0060
          E-Mail: lk@kievelaw.com

10
    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s)
11  with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are
    registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are
12  not registered CM/ECF users will be served by mail or by other means permitted by the court
    rules.

13
        I declare under penalty of perjury under the laws of the United States of America that the
14  foregoing is true and correct and that I am employed in the office of a member of the bar of this
    Court at whose direction the service was made.  Executed on January 27, 2014, at Los Angeles,
15  California.

16

17  _____
    Angela Y. Hutchens

18

19

20

21

22

23

24

25

26

27

28

1153870.1 05573-037