**PAULA TRIPP VICTOR (Bar No. 113050)**
  ptv@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant/Counterclaimant**
**ARMED FORCES INSURANCE EXCHANGE**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST AND OKHOO HANES,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARMED FORCES INSURANCE EXCHANGE,<br><br>　　　　Defendant.<br><br>ARMED FORCES INSURANCE EXCHANGE,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>ERNEST HANES and OKHOO HANES,<br><br>　　　　Counterdefendants. | Case No. 3:12-cv-05410-SI (NJV)<br><br>**[~~PROPOS~~ED] ORDER EXTENDING TIME TO SUBMIT PRE-TRIAL CONFERENCE STATEMENT AND OTHER PRE-TRIAL DOCUMENTS**<br><br>*(Stipulation to Extend Time filed concurrently herewith)*<br><br>Trial:　　May 12, 2014 |

　　　The Court, having reviewed the Stipulation Extending the Time for the Parties to Submit their Pre-Trial Conference Statement and Other Pre-Trial Documents submitted by the parties, hereby orders as follows:

　　　1.　　If, on or before April 8, the Parties determine that the matter will likely be resolved by cross-motions for summary judgment based on stipulated facts, they may seek a continuance of the May 12, 2014 trial date and permission to file said motions.

**1**  2. If the Parties cannot agree that cross-motions for summary judgment are likely to
**2** resolve this matter, their Joint Pre-Trial Conference Statement and other pre-trial documents shall
**3** be filed no later than **April 8, 2014**.

**4**  3. If the Parties cannot agree that cross-motions for summary judgment are likely to
**5** resolve this matter, and either party desires to file motions in limine or a motion to vacate the trial
**6** date and seek permission to file a motion for summary judgment, said motions must be filed no
**7** later than **April 8, 2014**. Any opposition to the motion(s) must be filed no later than **April 11,**
**8** **2014**.

DATED: 3/31/14  _____
Hon. Susan Illston
Judge of the United States District Court

ANDERSON, MCPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1175614.1 05573-037

2    3:12-cv-05410-SI (NJV)
[PROPOSED] ORDER EXTENDING TIME TO SUBMIT PRE-TRIAL CONFERENCE STATEMENT
AND OTHER PRE-TRIAL DOCUMENTS

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901.

On March 28, 2014, I served the following document(s) described as **[PROPOSED] ORDER EXTENDING TIME TO SUBMIT PRE-TRIAL CONFERENCE STATEMENT AND OTHER PRE-TRIAL DOCUMENTS** on the interested parties as follows:

| | |
|---|---|
| Loren Kieve, Esq.<br>Kieve Law Offices<br>5A Funston Avenue<br>San Francisco, CA  94129-1110<br>Telephone: (415) 364-0060<br>Facsimile: (415) 304-0060<br>E-Mail: lk@kievelaw.com | Attorneys for Plaintiffs<br>Ernest and Okhoo Hanes |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on March 28, 2014, at Los Angeles, California.

/s/ Angela Y. Hutchens
Angela Y. Hutchens

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA  90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594