**PAULA TRIPP VICTOR (Bar No. 113050)**
  ptv@amclaw.com
**JENNIFER S. MUSE (Bar No. 211779)**
  jsm@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant/Counterclaimant**
**ARMED FORCES INSURANCE EXCHANGE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST AND OKHOO HANES,<br><br>                  Plaintiffs,<br><br>       vs.<br><br>ARMED FORCES INSURANCE EXCHANGE,<br><br>                  Defendant. | Case No. 3:12-cv-05410-SI (NJV)<br><br>**[~~PROPOSED~~] ORDER CONTINUING TRIAL AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR JURY TRIAL AND SETTING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>*(Stipulation to Continue Trial filed concurrently herewith)* |
| ARMED FORCES INSURANCE EXCHANGE,<br><br>                  Counterclaimant,<br><br>       vs.<br><br>ERNEST HANES and OKHOO HANES,<br><br>                  Counterdefendants. | Trial:     May 12, 2014 |

The Court, having reviewed the Stipulation to Continue Trial and Motion of Armed Forces Insurance Exchange (AFI) to Strike Plaintiff's Request for Jury Trial and to Set Motion for Summary Judgment Briefing Schedule submitted by the parties, hereby orders as follows:

1.     The trial on the Counter-claim of AFI is continued to __9/22/14__, 2014.

2.     The Pre-Trial Conference is continued to __9/9/14__, 2014. at 3:30 p.m.

3:12-cv-05410-SI (NJV)

1177438.1 05573-037

[PROPOSED] ORDER CONTINUING TRIAL AND MOTION TO STRIKE PLAINTIFF'S REQUEST FOR JURY TRIAL AND SETTING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

3. The Joint Pre-Trial Conference Statement and all required documents shall be filed no later than ___8/26/14___.

4. The hearing on AFI's Motion to Strike the Haneses' request for a jury trial is continued to ___8/15/14___. Any opposition to that motion shall be filed by ___7/25/14___; any reply brief shall be filed by ___8/1/14___.

5. Should the parties decide to file cross motions for summary judgment, the hearing on said motions will be on ___7/11/14___. The motions shall be filed by ___6/6/14___; oppositions to the motions shall be filed by ___6/20/14___; reply briefs shall be filed no later than ___6/27/14___.

**IT IS SO ORDERED.**

DATED: ___4/7/14___   _____
Hon. Susan Illston
Judge of the United States District Court

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901

1177438.1 05573-037