1  PAULA TRIPP VICTOR (Bar No. 113050)
     ptv@amclaw.com
2  JENNIFER S. MUSE (Bar No. 211779)
     jsm@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
4  Thirty-First Floor
   Los Angeles, California  90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  Attorneys for Defendant/Counterclaimant
   ARMED FORCES INSURANCE EXCHANGE

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  ERNEST AND OKHOO HANES,              Case No. 3:12-cv-05410-SI (NJV)

12              Plaintiffs,              **[~~PROPOSED~~] ORDER CONTINUING
                                         TRIAL, PRE-TRIAL CONFERENCE,
13      vs.                              AND MOTION TO STRIKE PLAINTIFF'S
                                         REQUEST FOR JURY TRIAL AND
14  ARMED FORCES INSURANCE               SETTING MOTION FOR SUMMARY
    EXCHANGE,                            JUDGMENT BRIEFING SCHEDULE**
15
                Defendant.              *(Filed concurrently with Stipulation)*
16  _____

17  ARMED FORCES INSURANCE              Trial:        September 22, 2014
    EXCHANGE,
18
                Counterclaimant,
19
        vs.
20
    ERNEST HANES and OKHOO HANES,
21
                Counterdefendants.
22  _____

23          The Court, having reviewed the Stipulation to Continue Trial, Pre-Trial Conference, and

24  Motion of Armed Forces Insurance Exchange (AFI) to Strike Plaintiff's Request for Jury Trial and

25  to Set Motion for Summary Judgment Briefing Schedule submitted by the parties, hereby orders as

26  follows:

27  / / /

28  / / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA  90071-2901

1195512.1 05573-037

3:12-cv-05410-SI (NJV)
[PROPOSED] ORDER CONTINUING TRIAL, PRE-TRIAL CONFERENCE, AND MOTION TO STRIKE
PLAINTIFF'S REQUEST FOR JURY TRIAL, ETC.

1      1.     The trial on the Counter-claim of AFI on September 22, 2014, is continued to
2 **October 6, 2014**.

3      2.     The Pre-Trial Conference on September 9, 2014,  is continued to **September 23,**
4 **2014**.

5      3.     The Joint Pre-Trial Conference Statement and all required documents shall be filed
6 no later than **September 9, 2014**.

7      4.     The hearing on AFI's Motion to Strike the Haneses' request for a jury trial set for
8 August 22, 2014, is continued to **August 29, 2014**.  Any opposition to that motion shall be filed by
9 **August 15, 2014**; any reply brief shall be filed by **August 22, 2014**.

10      5.     Should the parties decide to file cross motions for summary judgment, the hearing
11 on said motions set for July 11, 2014, is continued to **August 1, 2014**.  The motions shall be filed
12 by **June 13, 2014**; oppositions to the motions shall be filed by **July 7, 2014**; reply briefs shall be
13 filed no later than **July 14, 2014**.

14      **IT IS SO ORDERED.**

15

16 DATED:    5/22/14

17                    Hon. Susan Illston
                   Judge of the United States District Court

18

19

20

21

22

23

24

25

26

27

28

**ANDERSON, McPHARLIN & CONNERS LLP**
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901

1195512.1 05573-037

[PROPOSED] ORDER CONTINUING TRIAL, PRE-TRIAL CONFERENCE, AND MOTION TO STRIKE
PLAINTIFF'S REQUEST FOR JURY TRIAL, ETC.