IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST AND OKHOO HANES,

    Plaintiffs,

  v.

ARMED FORCES INSURANCE EXCHANGE,

    Defendant.
                                           /

No. C 12-05410 SI

**JUDGMENT**

    Defendant's motion for summary judgment is granted, plaintiffs' cross-motion for summary judgment is denied, and judgment of $119,595.50 is awarded to defendant and against plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 31, 2014

                                                SUSAN ILLSTON
                                                UNITED STATES DISTRICT JUDGE