United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST AND OKHOO HANES, <br><br> Plaintiffs, <br><br> v. <br><br> ARMED FORCES INSURANCE EXCHANGE, <br><br> Defendant. | No. C 12-05410 SI <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO AMEND ORDER AND JUDGMENT** |

Currently before the Court is defendant and counterclaimant Armed Forced Insurance Exchange's motion to amend the Court's July 31, 2014 Order and Judgment. Docket No. 75. Having considered all of the arguments and evidence submitted in support of the motion, the Court determines that its judgment should be amended to conform to the stipulated facts and awards defendant **$135,145.11**.

**IT IS SO ORDERED.**

Dated: August 27, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE