IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNEST AND OKHOO HANES,

    Plaintiffs,

  v.

ARMED FORCES INSURANCE EXCHANGE,

    Defendant.

No. C 12-05410 SI

**AMENDED JUDGMENT**

    The Court hereby amends its July 31, 2014 Judgment to reflect that the Judgment entered in favor of defendant and counterclaimant Armed Forces Insurance Exchange (AFI) following the grant of AFI's motion for summary judgment shall be in the amount of **$135,145.11** and that AFI shall be awarded its costs of suit incurred herein.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 27, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE